RECEIVED
IN LAKE CHARLES, LA.

FEB 18 2010

TONY R. MOORE, CLERK
BY_____
         DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OFLOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| PETER CELESTINE | : | DOCKET NO. 2:09-cv-1239 |
| VS. | : | JUDGE MINALDI |
| MARK ESTES, ET AL | : | MAGISTRATE JUDGE KAY |

### JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly, it is

ORDERED that the plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** as frivolous in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B).

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this ____ day of _____, 2010.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE